UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRACY WHITNEY,

        Plaintiff,

   v.

MICHAEL ASTRUE, Commissioner of
Social Security Administration,,

        Defendant.

Case No. C06-5610RBL

ORDER GRANTING MOTION
TO WITHDRAW AS
ATTORNEYS FOR PLAINTIFF
AND DIRECTING
APPEARANCE

    The matter comes before the court on plaintiff's attorney's (Mr. Lyons) motion to withdraw (Doc. 24). The court, having reviewed the motion and the remaining record, finds and ORDERS the following:

    (1) Local General Rule GR 2(f)(4) indicates that no attorney shall withdraw his or her appearance in any cause except by leave of court after notice is served on the attorney's client and opposing counsel. Local General Rule GR 2(f)(2) states that when an attorney ceases to act as such, before any further proceedings are had in the action, the party must appoint another attorney or appear in person.

    (2) Plaintiff was provided a copy or notice of her attorney's motion or notice to withdraw. Ms. Whitney telephoned the court on April 30, 2007, and stated she was attempting to find an attorney to represent her in this matter.

    (3) The motion to withdraw is **GRANTED**.

    (4) Before any further proceedings take place in this matter plaintiff is directed to file a notice of appearance, either appear pro se (without an attorney) or have a new attorney appear on her behalf, by not later than May 30, 2007. If an appearance is not filed by this deadline, the undersigned will recommend

1  that the matter be dismissed without prejudice for failure to prosecute.

2      (5)  The Clerk is directed to send copies of this Order to Mr. Lyons, Brian Kipnis, and Ms.

3  Whitney, at the address provided by Mr. Lyons in his motion to withdraw.

4      Dated this 16th day of May, 2007.

6                    /s/ J. Kelley Arnold
                     J. Kelley Arnold
7                    United States Magistrate Judge