UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRACY WHITNEY,

          Plaintiff,

   v.

MICHAEL J. ASTRUE,

          Defendant.

Case No.  C06-5610RBL

ORDER FOR PLAINTIFF TO APPEAR

      This matter is before the court on plaintiff's Complaint, having been transferred from the District of Delaware.  Before any further proceedings take place in this matter, plaintiff is directed to file a notice of appearance, either appear pro se (without an attorney) or have a new attorney appear on her behalf, by not later than **July 31, 2007.**  If an appearance is not filed by this deadline, the undersigned will recommend that the matter be dismissed without prejudice for failure to prosecute.

      The Clerk is directed to send copies of this Order to Brian Kipnis and Ms. Whitney at the address provided by Mr. Lyons in his motion to withdraw.

      DATED this 11th day of July, 2007.

*/s/ J. Kelley Arnold*

United States Magistrate Judge

ORDER
Page - 1