|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRACY WHITNEY,

        Plaintiff,

        v.

MICHAEL ASTRUE, Commissioner of Social Security Administration,,

        Defendant.

Case No.  C06-5610RBL

ORDER

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's complaint and causes of action are DISMISSED for lack of prosecution;

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold.

DATED this 12th day of October, 2007.

                        /s/ Ronald B. Leighton
                        RONALD B. LEIGHTON
                        UNITED STATES DISTRICT JUDGE