# United States District Court

WESTERN DISTRICT OF WASHINGTON

TRACY WHITNEY

v.

MICHAEL ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5610RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's complaint and causes of action are DISMISSED for lack of prosecution.

| October 15, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk